UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 07-20237 CV-TURNOFF

HUGO RAMIREZ and all others similarly situated under 29 U.S.C. 216(B),

    Plaintiff,

vs.

CASABLANCA FISH MARKET, INC.,
LAZARO SANCHEZ, JR., JORGE LUIS
SANCHEZ, MARIBEL SANCHEZ,
PABLO ALVAREZ,

                                                  /

**CONSENT CASE**

### ORDER OF VACATUR AND DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Judgment/Imposition of Liquidated Damages **[D.E. 91]**, Defendant's Motion for Judgment as a Matter of Law and/or for New Trial **[D.E. 94]**, and a Joint Motion for Order Approving Agreement, Vacatur of Orders and Dismissal with Prejudice **[D.E. 103]**.

A status conference took place before the undersigned on Friday, January 9, 2009. The parties announced their settlement on the record. In light of same, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Judgment/Imposition of Liquidated Damages **[D.E. 91]**, and Defendant's Motion for Judgment as a Matter of Law and/or for New Trial **[D.E. 94]** are hereby **DEEMED MOOT**.

2. The Confidential Settlement Agreement among the Parties is hereby **APPROVED**.

3. The Joint Motion for Order Approving Agreement, Vacatur of Orders and Dismissal with Prejudice **[D.E. 103]** is **GRANTED**. The October 21, 2008 Final Judgment **[D.E. 93]** is **VACATED**.

CASE NUMBER: 07-20237-CV-TURNOFF

4.      This action is **DISMISSED** *with prejudice*. The Clerk of Court is instructed to **CLOSE** this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida on this 9th day of January 2009.

*[signature]*

**William C. Turnoff**
**United States Magistrate Judge**

Copies Furnished To:
Counsel of Record